U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 13 2026
CLERK, U.S. DISTRICT COURT
By: ______
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HONG ZOU a/k/a "Tony" (01)<br>QING ZOU (02)<br>DANIEL YOON (03)<br>AARON HIGHFILL GORMAN (04)<br>JAMES TERRENCE LUCKEY (05)<br>OSCAR CHEN (06) | No. 7:26- MJ-042<br><br>FILED UNDER SEAL<br><br>SEALED<br>UNTIL WARRANT EXECUTED |

## CRIMINAL COMPLAINT

I, Christopher Rodriguez, a Special Agent with Homeland Security Investigations, being duly sworn, state the following is true and correct to the best of my knowledge and belief, but are not inclusive of all the evidence or information in the case:

**Offense:**

From at least in or about September 2025 through in or about June 2026, in the Wichita Falls Division of the Northern District of Texas and elsewhere, defendants **Dan Ngoc Pham** (charged elsewhere), **Hong Zou (01)**, **Qing Zou (02)**, **Daniel Yoon (03)**, **Aarron Highfill Gorman (04)**, **James Terrence Luckey (05)**, and **Oscar Chen (06)** did knowingly and willfully combine, conspire, confederate, and agree with each other to commit wire fraud, in violation of 18 U.S.C §§ 1349 and 1343 and money laundering, in violation of 18 U.S.C §§ 1956 and 1957.

**Agent Background:**

1. I am Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI), and have been since January 2010. I am currently assigned to the Cyber Crimes group in Dallas, Texas. Prior to my employment with HSI, I

obtained my Bachelor of Science and Master of Science in Criminal Justice from Florida International University in Miami, Florida. As a Special Agent, I am responsible for investigating violations of federal statutes relating to Immigration and Customs Enforcement including narcotics smuggling, computer technology, and financial crimes. I have led or been directly involved in a variety of investigations involving complex white-collar fraud and other federal violations. In the course of those investigations, I have utilized undercover operations, confidential informants, operated pen registers, and secure other relevant information using various investigative techniques that have led to conviction of individuals involved in criminal conduct. I have also conducted and participated in physical surveillance and execute search warrants.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

**Probable Cause:**

3. On October 28, 2025, HSI Dallas met with Texas Department of Public Safety (DPS) and Wichita Falls Police Department (WFPD) regarding **Dan Ngoc Pham** and his involvement in a financial fraud scheme involving Victim B, an elderly victim residing in the Wichita Falls, TX area. HSI Special Agents (SAs) received information regarding Victim B's actions involving the organization related to **Pham**.

4. Victim B said during September and October 2025, she received telephone calls, text messages, and other electronic messages from conspirators that misrepresented

to her that the company Paypal had accidentally deposited approximately $100,000 into one of her bank accounts. The relevant conspirators communicated to Victim B that she could return the funds that were accidentally deposited in her bank account, by among other things, securing cashier's checks, crypto currency, and gold bars and giving the funds to designated couriers.

5. On October 20, 2025, **Hong Zou** and other relevant conspirators directed **Pham** to pick up additional funds, in the form of gold bars, from Victim B in the Wichita Falls, Texas area, based on the misrepresentation to Victim B at Victim B should return funds accidentally deposited by Paypal. On October 20, 2025, **Pham** was arrested by Texas Department of Public Safety ("DPS") and Wichita Falls Police Department ("WFPD"). **Pham** was subsequently arrested for Exploitation of the Elderly and Theft of Property in violation of Texas law. At the time of his arrest, **Pham** was in possession of a Samsung cellular phone that was subsequently seized. On October 31, 2025, Texas DPS obtained a state search warrant for **Pham's** cellular phone. HSI Dallas conducted a forensic examination of the device to obtain further information about relevant conspirators.

6. During the review of **Pham's** cellular phone data from the forensic extraction of **Pham's** cellular phone law enforcement discovered photos and videos of gold bars and United States currency. The relevant phone also contained videos showing **Pham** displaying gold bars and currency to the camera and then repackaging the contents into another box to be shipped via the mail. Further review of the relevant cellular phone content showed multiple images of FedEx shipping labels all indicating they were sent by

**Hong Zou** and directed for delivery to an entity named Bay Area Metals located in South San Francisco, California. This affiant reviewed several law-enforcement databases and determined that during the relevant time period, Bay Area Metals has received at least 69 packages from **Hong Zou** with a total weight of approximately 288 pounds. In addition, the relevant cell phone contained several text messages showing **Pham** communicated with his co-conspirators about driving for **Hong Zou**.

7. Further review of **Pham's** cell phone indicated **Pham** recruited at least three other persons to work underneath him, and for **Hong Zou**, as a courier in the relevant scheme to defraud. Relevant cell phone records show and **Pham's** subsequent interviews confirmed that **Pham** recruited **Daniel Yoon, Aaron Highfill Gorman, and James Terrance Luckey**. This affiant reviewed **Pham's** cell phone data, Zelle records, and later spoke with **Pham** to confirm that during the relevant time period:

a. **Daniel Yoon** earned approximately $1,000 from this courier trips in three days; **Pham** communicated to **Yoon** that **Yoon** should download the phone application "Telegram" and then **Yoon** would likely start his fraud courier work right away; **Yoon** communicated to **Pham** that **Yoon** would give **Pham** twenty percent of his profits as a courier;

b. **Aaron Highfill Gorman** secured a Telegram account and used the Telegram account to communicate with **Hong Zou**. **Pham** provided instructions to **Gorman** about how to rent a car and complete elder fraud victim courier pickups, with **Gorman** sometimes completing two courier pickups on the same day.

c. **James Terrence Luckey** received messages from **Pham** about working as a courier in the relevant elder fraud scheme for **Hong Zou. Pham** messaged **Luckey** with courier opportunities to pickup funds from elder fraud victims provided by **Hong Zou**, acting as a sub-contractor for courier jobs and directing them to **Luckey**. **Pham's** phone also contained messages showing **Luckey** sending messages to **Pham** that thanked **Pham** for the opportunity to make money within a few days of working as a courier in the relevant scheme. This affiant reviewed relevant records showing **Luckey** earned approximately $7,900 in Zelle payments from **Hong Zou.**

8. Further review of **Hong Zou's** iCloud data shows that there was communication between a person name "Oscar" (this affiant understands the "Oscar" referenced here was later identified as **Oscar Chen**) who picked up gold bars from an elderly victim located in Longview, Texas. This affiant reviewed records showing Longview Police Department arrested **Oscar Chen** following his successful pickup of gold bars from the relevant elder fraud victim in Longview Texas on April 20, 2026. Relevant law-enforcement records show that following his arrest, **Oscar Chen** was interviewed by law-enforcement where **Chen** stated that **Chen** picked up gold bars at the direction of **Qing Zou, Hong Zou's** possible relative and ultimately received payment from the gold bar pickup from **Hong Zou**.

9. During the relevant interview, **Oscar Chen** positively identified **Hong Zou** as a conspirator who paid **Chen** approximately $10,000 in exchange for **Chen's** efforts to pickup gold bars from the relevant Longview, Texas elder fraud victim. **Chen** told

officers that, in total, **Chen** had picked up funds from at least two elder fraud victims, including a second victim in the Washington State area. **Chen** said after his prior pickup of funds, he was paid a fee of $2,500 for his services and had to pay at least $500 of that fee to **Qing Zou** as a recruitment fee owed by **Chen** to **Qing Zou**. During the relevant interview, **Chen** told law-enforcement officers that the underlying plan of the conspirators in the relevant scheme was that certain individuals in a "call center" were tasked with sending text messages, phone calls, and other electronic messages with fraudulent misrepresentations to elder fraud victims and then directing those victims to deliver funds to couriers. Then those couriers were directed to ship the U.S. currency or gold bars to specific third-party locations. **Chen** told investigators that prior to his arrest on April 20, 2026, **Chen** learned that **Qing Zou p**lanned to stage a fake robbery in Longview, Texas so that **Hong Zou** and **Qing Zou** could keep gold bars secured through fraudulent representations to an elder fraud victim in Longview, Texas, for their own personal enrichment, rather than executing their conspiracy plans and shipping the gold bars to the pre-arraigned specific third-party location.

## CONCLUSION

10. I believe that the above-stated facts establish probable cause that **Hong Zou (01), Qing Zou (02), Daniel Yoon (03), Aarron Highfill Gorman (04), James Terrence Luckey (05), and Oscar Chen (06)** have violated 18 U.S.C §§ 1349 and 1343, that is conspiracy to commit wire fraud and both 18 U.S.C §§ 1956 and 1957, both money laundering offenses.

Respectfully submitted,

Christopher Rodriguez
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me on this the 13th day of August, 2026 at 1:36 a.m./p.m., in Fort Worth, Texas.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE